**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-13-RLV-DCK**

| | |
|---|---|
| **TAMMY HANDY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | <u>**ORDER**</u> |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Assented To Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 21) filed December 12, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

Upon remand, an Administrative Law Judge shall explain the weight afforded to non-examining source opinions, reevaluate Plaintiff's mental impairments in accordance with the special technique set forth in 20 C.F.R. §§ 404.1520a, reassess Plaintiff's residual functional capacity, reevaluate Plaintiff's subjective complaints, and if necessary obtain supplemental testimony from a medical and/or vocational expert.

**IT IS, THEREFORE, ORDERED** that Defendant's "Assented To Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 21) is **GRANTED.** This matter shall be **REMANDED** to an Administrative Law Judge as described herein.

Signed: December 12, 2011

David C. Keesler
United States Magistrate Judge

2