# United States District Court
# For The Western District of North Carolina
# Statesville Division

TAMMY HANDY,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:11CV13

MICHAEL J. ASTRUE,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2011, Order.

                                      Signed: December 12, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court