# United States District Court
# For The Western District of North Carolina
# Statesville Division

TAMMY HANDY,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                   CASE NO. 5:11CV13

MICHAEL J. ASTRUE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2011, Order.

                                        Signed: December 12, 2011

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court