IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-013-RLV-DCK

| | |
|---|---|
| TAMMY HANDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Attorney Fees" (Document No. 25) filed December 29, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice to re-file.

Plaintiff's motion does not appear to indicate that the requirement of consultation has been met pursuant to Local Rule 7.1 (B).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Attorney Fees" (Document No. 25) is **DENIED WITHOUT PREJUDICE**.

Signed: December 30, 2011

David C. Keesler
United States Magistrate Judge