# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-013-RLV-DCK

| | |
|---|---|
| TAMMY HANDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Entry Of Order Accepting the Parties' Settlement Agreement On Attorney's Fees" (Document No. 29) filed January 9, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting the parties consent, the undersigned will <u>grant</u> the motion.

The parties agree in this case that Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,050.00.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Entry Of Order Accepting the Parties' Settlement Agreement On Attorney's Fees" (Document No. 29) is **GRANTED**, to the extent that the Court will award attorney fees in the amount of $4,050.00, and that pursuant to <u>Comm'r of Soc. Sec. v. Ratliff</u>, 560 U.S. ----, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine within 30 days of this Order whether Plaintiff owes a debt to the United States. If so, the

debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of EAJA fees, and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: January 9, 2012

David C. Keesler
United States Magistrate Judge